UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN C. GREEN, | No. 2:13-cv-2522 AC P |
| Plaintiff, | |
| v. | ORDER |
| RON BARNS, et al., | |
| Defendants. | |

Plaintiff, a state prisoner at High Desert State Prison, filed a motion for court-ordered medical treatment in the Northern District of California on October 24, 2013. ECF No. 1. That court assigned a case number and directed plaintiff to file a complaint. ECF No. 3. Because plaintiff's Statement re IFP Application, ECF No. 3, indicated that he intended to sue officials at High Desert State Prison for events occurring there, the case was transferred to this court. ECF No. 5.

In order to commence an action, plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure, and plaintiff must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis.[1] See 28 U.S.C. §§ 1914(a), 1915(a).

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments. Litigants proceeding in forma pauperis are not, however, required to pay the $50.00 administrative fee. See below.

1

The court will not issue any orders granting or denying relief until an action has been properly commenced. Therefore, plaintiff's motion will be denied without prejudice. Plaintiff will be provided the opportunity to file his complaint, and to submit an application requesting leave to proceed in forma pauperis or to submit the appropriate filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for a court order (ECF No. 1) is denied without prejudice;

2. Plaintiff is granted thirty days from the date of service of this order to file a complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the complaint must bear the docket number assigned this case; plaintiff must file an original and two copies of the complaint. Plaintiff shall also submit, within thirty days from the date of this order, the application to proceed in forma pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $350.00 plus the $50.00 administrative fee. Plaintiff's failure to comply with this order will result in a recommendation that this matter be dismissed; and

3. The Clerk of the Court is directed to send plaintiff the court's form for filing a civil rights action, and the application to proceed in forma pauperis by a prisoner.

DATED: December 17, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2