UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN C. GREEN, | No. 2:13-cv-2522 AC P |
| Plaintiff, | |
| v. | ORDER |
| RON BARNS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se, who has consented to the jurisdiction of the undersigned. ECF No. 9. Plaintiff has been repeatedly informed of the steps he must take to prosecute this action. See ECF No. 8; ECF No. 11. Plaintiff has failed to submit a complaint that complies with the court's orders. He has neither filed a completed application to proceed in forma pauperis nor paid the filing fee. Instead, on May 1, 2014 plaintiff filed a two-page document, using the prisoner civil rights complaint form, indicating that he does not wish to pursue this complaint against High Desert State Prison officials because he is focused on another case that he is prosecuting in this court regarding his conviction.[1] ECF No. 12. Plaintiff states

---

[1] The court takes judicial notice of a case filed by plaintiff on April 29, 2014 entitled Green v. People of California, No. 2:14-cv-1058 KJN P, which purports to be an action under § 1983, seeking money damages for alleged irregularities apparently related to his commitment offense. (Judicial notice may be taken of court records. Valerio v. Boise Cascade Corp., 80 F.R.D. 626, 635 n.1 (N.D. Cal. 1978), aff'd, 645 F.2d 699 (9th Cir.), cert. denied, 454 U.S. 1126 (1981)).

1

1  that he does not have time to pursue his "complaint against HDSP" and has no choice "except to
2  drop the complaint against HDSP." ECF No. 12 at 2.
3     The court construes this filing as a request for voluntary dismissal of this putative action.
4  Defendants have not made an appearance. Pursuant to Fed. R. Civ. P. 41(a), the action is
5  dismissed.
6     Accordingly, the Clerk of Court shall close this case.
7  DATED: May 5, 2014

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE